FILED

2017 APR -4 PM 2:59

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

17-MJ-37

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED APR 12 2017
gsl
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) | 1:17 CR 125 |
| ) | |
| v. ) | CASE NO. JUDGE OLIVER |
| ) | Title 21, Sections 841(a)(1), |
| ALEC STEINBERGER, aka "AJ," ) | (b)(1)(C), (b)(1)(E)(2), 843(b), |
| ) | and 846, United States Code |
| Defendant. ) | |

## GENERAL ALLEGATIONS

At all times relevant to this Indictment, unless otherwise specified:

1. From on or about January 30, 2016, to February 25, 2016, in the Northern District of Ohio, Eastern Division, and elsewhere, ALEC STEINBERGER, aka "AJ," the defendant herein, received controlled substances in the mail for the purpose of distribution. These substances included Alprazolam (also known as "Xanax") pills and furanyl fentanyl, a potent synthetic opioid.

2. On or about February 23, 2016, STEINBERGER texted an unknown associate saying, "I just got a pack bro." He then informed a number of individuals, including L.H., an

individual whose real name is known to the Grand Jury, that he has illegal drugs available for sale.

3. On February 24, 2016, STEINBERGER texted an unknown associate, "a line this size of mine (my drugs) --------- is the same as a line of that fent (fentanyl) you have this size -------------------------."

4. That same day, STEINBERGER texted L.H., "u need some(?)" The two exchanged text messages about the price of the drugs, the drug's quality, and how STEINBERGER could get the drugs to L.H. STEINBERGER offered to sell L.H. drugs, texting, "I hook up for the low (I can sell you the drugs at a low price)" and "How much $ u got." STEINBERGER also texted L.H. that, if he has no money, "I got a small sample." L.H. replied, "small sample" because he is "broke r n (broke right now)".

5. STEINBERGER next texted L.H., "bro I did it last night and my pupils got so small they disappeared and then I was nodding for 18 hrs" and "sh*ts f***ing strong." STEINBERGER explained, "this sh*t is literally so strong a line like ------ that size of this" "is like doing ------------------------- of regular dope." STEINBERGER informed L.H. that "I got the pack yesterday," "this is uncut from china," and "this is dope BEFORE n*gs cut it."

6. STEINBERGER texted L.H. his address and told him to pick it up in STEINBERGER's "neighbors mailbox [since] there in Arizona." STEINBERGER then texted L.H., "Bro this is un cut from the road." While L.H. was en route, he texted STEINBERGER, "ight will this sack f*ck me up[?]" STEINBERGER replied, "-------- a line like that had someone with no tolerance puking for 4 hours," "like this is what dope is before n*gs in the hood cut it." STEINBERGER then texted L.H., "can you find someone who knows how to cut and re rock(?)"

and "can you find me customers(?)" STEINBERGER also texted L.H., "I sold a sack to Emily yesterday and she was like holy f*ck thank you for the warning about how strong it is."

7. After L.H. obtained the drugs, STEINBERGER texted, "hahahahaha holy f*ck," "you try it," "please," "B safe dude." L.H. replied, "…okay i will." STEINBERGER texted him, "Please do a small line and wait 15 min before doing more," "I don't want u to OD," "Be careful." "Bro i can't stress enough," "----------- start w that and wait," "small bump every 15 min." L.H. replied, "Gotcha i just got back." L.H. then texted, "Holy f*ck," with STEINBERGER replying, "Careful," "it's un cut." L.H. texted, "Oh my lord this is that shee****t" and "dude this sh*t is dangerous." STEINBERGER then told L.H. about his plans for distributing the drug, "We gonna chill tmr (tomorrow)," "and go to the hood and give samples," and "try and find out how to cut it and re rock."

8. After midnight on February 25, 2016, STEINBERGER texted L.H., "Find me customers and tell them you're the plug and I'll get it to you and then sell it and cut u in a tiny bit and throw u a free kpin (Klonopin, a Schedule IV controlled substance) and dope."

## COUNT 1

The Grand Jury charges:

9. Paragraphs 1 through 8 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

10. On or about February 24, 2016, in the Northern District of Ohio, Eastern Division, ALEC STEINBERGER, aka "AJ," the defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of furanyl fentanyl, a Schedule I controlled substance analogue, as defined in 21 U.S.C. § 802(32), knowing

that the substance was intended for human consumption, as provided in 21 U.S.C. § 813, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### ENHANCEMENT UNDER TITLE 21, UNITED STATES CODE, SECTION 841(b)(1)(C)
**(Death Resulting from Use of Controlled Substance)**

11. Paragraphs 1 through 10 of this Indictment, including the allegations of Count 1, are hereby re-alleged and incorporated herein.

12. On or about February 25, 2016, in the Northern District of Ohio, L.H., a person whose identity is known to the Grand Jury, did fatally ingest and overdose on a controlled substance analogue, namely furanyl fentanyl, which ALEC STEINBERGER, aka "AJ," the defendant herein, distributed to L.H.

13. L.H.'s death resulted from STEINBERGER's distribution of the mixture or substance containing a detectable amount of furanyl fentanyl, a Schedule I controlled substance analogue, as alleged in Count 1.

14. All in violation of the enhanced penalty provision of Title 21, United States Code, Section 841(b)(1)(C).

### COUNT 2

The Grand Jury further charges:

15. Paragraphs 1 through 8 of this Indictment are hereby re-alleged and incorporated herein.

16. From on or about February 23, 2016, to February 26, 2016, in the Northern District of Ohio, Eastern Division, ALEC STEINBERGER, aka "AJ," the defendant herein, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of furanyl fentanyl, a Schedule I controlled substance analogue,

as defined in 21 U.S.C. § 802(32), knowing that the substance was intended for human consumption as provided in 21 U.S.C. § 813, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### COUNTS 3-9

The Grand Jury further charges:

17. Paragraphs 1 through 8 of this Indictment are hereby re-alleged and incorporated herein.

18. On or about the dates listed below, in the Northern District of Ohio, Eastern Division, and elsewhere, ALEC STEINBERGER, aka "AJ," the defendant herein, did knowingly and intentionally use a communication facility, to wit: a telephone, to facilitate acts constituting a felony under Title 21, United States Code, Section 841(a)(1):

| Count | Date | Type of Communication |
|---|---|---|
| 3 | January 30, 2016 | Text |
| 4 | February 2, 2016 | Text |
| 5 | February 4, 2016 | Text |
| 6 | February 7, 2016 | Text |
| 7 | February 23, 2016 | Text |
| 8 | February 24, 2016 | Text |
| 9 | February 25, 2016 | Text |

19. All in violation of Title 21, United States Code, Section 843(b).

### COUNT 10

The Grand Jury further charges:

20. On or about February 23, 2016, in the Northern District of Ohio, Eastern Division, ALEC STEINBERGER, aka "AJ," the defendant herein, did knowingly and intentionally attempt to possess with the intent to distribute 1,766 Alprazolam (also known as "Xanax") pills, a Schedule IV controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(E)(2), and 846.

5

## FORFEITURE

21. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Counts 1 through 10 are incorporated herein by reference. As a result of the foregoing offenses, ALEC STEINBERGER, aka "AJ," the defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violations; and any and all of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

United States v. Alec Steinberger, aka "AJ"

A TRUE BILL.

_____
FOREPERSON

_____
DAVID A. SIERLEJA
Acting United States Attorney

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
| Alec Steinberger, aka "AJ" | ) Case No. **1:17 CR 125** |
| | ) **JUDGE OLIVER** |
| Defendant | ) |

(3492183)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ALEC STEINBERGER,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Date: 04/04/2017

*Issuing officer's signature*

City and state: CLEVELAND, OHIO

William H. Baughman, Jr., Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*