UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

UNITED STATES OF AMERICA

-vs-

ALEC STEINBERGER
also known as "AJ"

Magistrate No.  17-MJ-37-UNA

AUSA:  Paul Pugliese

---

| JUDGE: | Erin Wilder-Doomes | DATE: | April 17, 2017 |
|---|---|---|---|
| DEPUTY CLERK: | Brandy Lemelle Route | TAPE/REPORTER: | |
| INTERPRETER: | | PRETRIAL/PROBATION: | Lynn Guillot |

---

### IDENTITY AND DETENTION HEARING

Richard M. Upton, Assistant Federal Public Defender, made an appearance on behalf of the defendant.

The defendant was advised of his rights and the purpose of this hearing.

The defendant waived his right to an identity hearing stipulated to being the person named in the Indictment pending in the Northern District of Ohio Eastern Division.  The Waiver of Rule 5 and 5.1 Hearings was signed and filed into the record.

The court proceeded with the detention hearing in this matter.

The defense called the defendant, Alec Steinberger, as a witness.

The government's exhibits US-6, US-7 and US-8 were offered and admitted.

The court took judicial notice to the Pretrial Services Report.

The parties presented argument.

The court took a recess.

Cr26;T1:30

The court found that the presumption applies in this case that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community, as set forth in 18 U.S.C. § 3142(e)(3)(A), as the charged offense is one for which the maximum term of imprisonment is ten years or more under the Controlled Substances Act, 21 U.S.C. § 801, *et seq.*

The court found the defendant presented evidence sufficient to rebut the presumption for oral reasons given and the burden of proof thereafter rested with the government.

After weighing the factors to be considered under 18 U.S.C. §3142(g), the court found for oral reasons given that the government did not meet its burden of showing by clear and convincing evidence that there are no conditions or combination of conditions that could reasonably assure the safety of the community nor did the government establish by a preponderance of the evidence that the defendant presents a risk of flight.

The defendant was advised of the conditions of his release and the consequences for violating those conditions. Defendant was signed the acknowledgment and was released on his own recognizance with special conditions.

The case will be transferred to the Northern District of Ohio Eastern Division for further proceedings