United States District Court
Louisiana Middle District
Exhibits Log: 17MJ00037-UNA Initial Appearance
USA v. Steinberger, 4/17/2017

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-6 | Cleveland Divisional Information | No |
| Gov-7 | United States Postal Inspection Service Report | No |
| Gov-8 | Evidence Summary | No |